

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERICA CHRISWELL | (<br>(<br>( CIVIL ACTION NO.<br>(<br>(<br>(<br>( **1:24-CV-4865**<br>(<br>( JUDGE:<br>(<br>( |
| Plaintiff, | |
| v. | |
| BMB MATRIX LLC.<br>AMAZON LLC. | |
| Defendant. | |

## PLAINTIFFS' COMPLAINT

**NOW COMES** Plaintiff Erica Chriswell, to file suit against BMB Matrix LLC. and their partners Amazon LLC. BMB Matrix breached the contract with Plaintiff for Amazon Store Automation and failed to return payment within the agreed period. The due date to complete refund was March 23, 2024. When BMB matrix was contacted in late April of 2024 regarding the, they then indicated another contract would have to be signed which would allow for the liquidation of the products connected to the Plaintiff's automation account. Plaintiff informed BMB Matrix that she was pulling out of the contract 2 weeks after the contract period began because it became clear to Plaintiff that BMB was running a scam. At the time of notifying BMB that she wanted nothing to do with their scam, she was

1

then told based on the contract that was signed the funds she'd paid up front for the automation fees and product returns would have to be held for one year.

If any contract for liquidation of products was necessary, it should have been presented at the time she notified BMB that she was not moving forward but it was not offered up until April of 2024, after her payment should have been returned. Plaintiff signed the contract which included a payment plan for BMB to repay Plaintiff that was set to start in September 2024. The contract included a clause which stated Plaintiff must agree to an NDA, which prohibited Plaintiff from speaking publicly about the company. Plaintiff told BMB that she would not agree to that said clause, but all other terms were acceptable. BMB then told Plaintiff, if she did not sign the full contract as is, she would not get anything.

Amazon is also named in this suit due to their allowing BMB Matrix to use their name and likeness to draw clients into this scam under the guise that BMB can be trusted due to their working relationship with Amazon. Amazon has not forced BMB Matrix to list any disclosure on their site stating that Amazon is in no way affiliated with the company. Amazon is fully aware of BMB's business dealings and the hundreds of people who have been defrauded in this automation scam. Amazon has benefited from this scam making a return on sales and delivery fees, even when products are returned as defective. In the first two weeks of Plaintiff's store operating under BMB, using BMB's products she experienced near

40% in returns, and these were products she had to pay BMB for, prior to them being sent to the consumer-- in addition to the automation fee they already had collected. When Plaintiff asked BMB to return the funds for the returns, she was told they would only offer credits to the plaintiff. The process of being issued credit for returned defective goods was never stipulated in the original contract and the contract did not say that BMB would be selling used merchandise. Therefore, we are bringing this case to recover $75,000.00 (Seventy-Five Thousand Dollars) which includes; the initial payment, all ROI promised and punitive damages for the destroying of Plaintiff's credit and causing her inability to repay creditors due to the withholding of the funds that were to be returned. We ask the Judge to hold personally liable the organizers of BMB Matrix due to the fraudulent nature of this scam. We will show that this company has scammed hundreds of consumers and for this they should be heavily fined and jail time should be considered.

Respectfully Submitted

_Erica M. Chriswell_  10/23/24
Erica Chriswell         Date